## STATE OF CONNECTICUT *v.* LOUIS REED

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 428 (AC 17678), is denied.

KATZ and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Susan M. Hankins*, assistant public defender, in support of the petition.

*Nancy L. Chupak*, deputy assistant state's attorney, in opposition.

Decided March 8, 2000